No. 2535.—El Pueblo, apdo., *v.* Rivera, aplte. — C. D. Ponce. Julio 13, 1925. Visto el alegato del apelante, quien únicamente señala como errores la anticonstitucionalidad de la Ley No. 14, aprobada junio 25, 1924, (p. 115) prohibiendo la portación de armas y de que la sentencia no especifica el delito por el cual fué declarado culpable el acusado y habiéndose declarado por esta Corte Suprema la constitucionalidad de dicha ley en los casos de *El Pueblo* v. *Vadi* y *El Pueblo* v. *Acevedo,* resueltos en julio 10, de 1925, y visto además en cuanto al segundo error el caso de *El Pueblo* v. *Bauzá,* de 8 de julio de 1925, pues del récord aparece claramente que el delito que se imputa en la acusación y por el que fué juzgado el acusado es por infracción de dicha Ley No. 14, de junio 25 1924, se modifica la sentencia de la corte inferior en sentido de declarar culpable al acusado del delito de portar armas previsto y penado en la citada ley número 14, y así modificada *se confirma.*

Nos. 2381. — El Pueblo, apdo., *v.* Carbonell, aplte. — 2443.—El Pueblo, apdo., *v.* Ramos, aplte.—C. D. Mayagüez. Julio 13, 1925. Homicidio. Siendo el error levantado en estos casos el mismo que se ha señalado en el del No. 2308, *El Pueblo* v. *Carbonell,* de julio 13, 1925, (pág. 479) se revocan las sentencias apeladas por los fundamentos expresados en dicho caso.

El Juez Presidente Sr. del Toro disintió.